UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WHITNEY REYES,

    Plaintiff,

 -against-                               **NOTICE OF SETTLEMENT**

                                                   Docket No. 1:15-cv-6435
                                                   Jury Trial Demanded:  Yes

CONTINENTAL FINANCE COMPANY, LLC

    Defendant,

_____/

    **PLEASE TAKE NOTICE** that the above-referenced matter has been resolved between the parties pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the prompt filing of a Notice of Dismissal herein.

Date: January 15, 2016

                                          Respectfully submitted,

                                          \_\_s/Subhan Tariq_____
                                          Subhan Tariq, Esq.
                                          Attorney I.D. No. ST9597
                                          The Law Office of Subhan Tariq, Esq., PLLC
                                          216-14 Jamaica Avenue
                                          Queens Village, NY 11428
                                          516-900-4529
                                          Email:Subhan@tariqlaw.com
                                          Attorney for Plaintiff