UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK


WHITNEY MIHYOSI REYES,

Plaintiff,

-against-

**NOTICE OF VOLUNTARY
DISMISSAL**

CONTINENTAL FINANCE COMPANY, LLC.,
Servicer for MID AMERICA BANK & TRUST
COMPANY/VERVE,

**Docket No.:1:15-cv-06435-WFK-RER**

Defendant,

_____/


<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41 (a)(1)(A)(i)</u>

Pursuant to F.R.C.P 41 (a)(1)(A)(i) of the Federal Rules of Civil procedure, The Plaintiff Whitney

Mihyoshi Reyes and other counsel(s), hereby give notice that the above captioned actioned is voluntary

dismissed, with prejudice against the defendant(s) Continental Finance Company, LLC..

Dated: 2/22/2016


Respectfully submitted,

/s/Subhan Tariq
Subhan Tariq, Esq.
Attorney I.D. No. ST9597
The Law Office of Subhan Tariq, Esq., PLLC
216-14 Jamaica Avenue
Queens Village, NY 11428
516-900-4529
Email:Subhan@tariqlaw.com
**Attorney for Plaintiff**

The application is ___✓___ granted.
SO ORDERED      _____ denied.

s/ WFK
_____
William F. Kuntz, II, U.S.D.J.
Dated: Feb. 23, 2016
Brooklyn, New York